[No. 68943-6-I. Division One. October 28, 2013.]

AIMEI W. CRETTOL ET AL., *Appellants*, v. FILBERTO GONZALEZ-REYES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-23240-1, Dean Scott Lum, J., entered June 6, 2012. *Reversed* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 69274-7-I. Division One. October 28, 2013.]

YOUNG S. KIM ET AL., *Appellants*, v. KYUNG-RAK KIM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-02841-2, Ira Uhrig, J., entered August 7, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Grosse, J.

[No. 69305-1-I. Division One. October 28, 2013.]

SEAWEST INVESTMENT ASSOCIATES LLC, *Appellant*, v. GEORGE CHARLES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-16887-5, Theresa B. Doyle, J., entered August 13, 2012. *Reversed* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 69335-2-I. Division One. October 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK HILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00731-1, Patrick H. Oishi, J., entered September 14, 2012. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.